# UNITED STATES DISTRICT COURT
# DISTRICT OF MINNESOTA

Raymond J. Traylor, Sr.,

    Plaintiff,

v.

Andrea L. Feia,

    Defendant.

Civil No. 19-1849 (PJS/LIB)

**ORDER ON REPORT AND RECOMMENDATION**

The above-entitled matter came before the Court upon the Report and Recommendation of the United States Magistrate Judge Leo I. Brisbois. No objections have been filed to the Report and Recommendation in the time period permitted.

Based upon the Report and Recommendation of the Magistrate Judge, Leo I. Brisbois, and all the files, records and proceedings herein,

    **IT IS HEREBY ORDERED** that:

1. The Amended Petition for Habeas Corpus Relief, [Docket No. 6], be **DENIED without prejudice**;

2. The Amended Complaint, [Docket No. 8], be **DISMISSED without prejudice**; and

3. The "Motion to Move Case No. or Court File No. 27-CR-18-12641 to this Court Federal," [Docket No. 14], be **DENIED as moot**.

    **LET JUDGMENT BE ENTERED ACCORDINGLY.**

Dated: 2/6/20

s/Patrick J. Schiltz  
Hon. Patrick J. Schiltz  
United States District Judge